

148. J. H. Frogonard.