Case 1:19-cv-02517-LGS    Document 4-4    Filed 03/26/19    Page 1 of 1

